# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RANDY CARABALLOS RAMIREZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:18-cv-57 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Petitioner Randy Ramirez ("Ramirez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's Motion to Dismiss, and **DISMISSES without prejudice** Ramirez's 28 U.S.C. § 2241 Petition for failure to exhaust his administrative remedies. In the alternative, the Court **GRANTS** Respondent's Motion to Dismiss and **DENIES** Ramirez's Petition. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

dismissal. Additionally, the Court **DENIES** Ramirez *in forma pauperis* status on appeal.

**SO ORDERED**, this 28 day of May, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)